

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2022

No. 04-22-00400-CV

**B&V LANDSCAPING**,
Appellant

v.

Roscoe Robert **HARVEY**, Nancy Joyce Harvey and Harvey R&N Trust,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCD-21-0000066
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

On November 28, 2022, this court struck Appellees' brief and ordered them to submit an amended brief that complied with the rules if they wanted an appellee's brief to be considered after the case was submitted. This court warned Appellees that if a rule-compliant brief was not filed as ordered, the appeal would be set for submission without an appellee's brief.

On December 7, 2022, Appellees filed an amended brief. It was timely, but it did not comply with the rules as ordered. *See* TEX. R. APP. P. 9.4, 9.5, 38.2. Specifically, the brief has the following defects.

No part of the brief contains any citations to the clerk's record. *Contra id.* R. 38.1(i) ("The brief must contain . . . appropriate citations . . . to the record."). No part of the brief contains citations to authorities. *Contra id.* (requiring "appropriate citations to authorities"). The brief contains no Argument and no Prayer. *Contra id.* R. 38.1(i), (j). The brief does not contain a certificate of compliance. *Contra id.* R. 9.4(i)(3). It also contains no certificate of service. *Contra id.* R. 9.5(e).

Accordingly, we strike Appellees' brief. The case will be set for submission without an appellee's brief. *See Irisson v. Lone Star Nat'l Bank*, No. 13-19-00239-CV, 2020 WL 6343336, at *4 (Tex. App.—Corpus Christi–Edinburg Oct. 29, 2020, no pet.) (citing *Johnson v. Dallas Hous. Auth.*, 179 S.W.3d 770 (Tex. App.—Dallas 2005, no pet.)); *Newman v. Clark*, 113 S.W.3d 622, 623 (Tex. App.—Dallas 2003, no pet.).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2022.

MICHAEL A. CRUZ, Clerk of Court